

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00191-CV

| | | |
|---|---|---|
| Kent Davis and D. Kent Davis, P.C. | § | From the 96th District Court |
| | § | of Tarrant County (096-257264-11) |
| v. | § | December 29, 2014 |
| Ledford White and M & M Joint Venture | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the trial court's award of exemplary damages and render judgment on the jury's verdict that appellants Kent Davis and D. Kent Davis, P.C. recover from appellees Ledford White and M & M Joint Venture $2.8 million in exemplary damages. We affirm the remainder of the trial court's judgment.

It is further ordered that appellees Ledford White and M & M Joint Venture shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Terrie Livingston
     Chief Justice Terrie Livingston